BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JASON M. FRIERSON
United States Attorney
PATRICK A. ROSE
Assistant U.S. Attorney
DEBRA D. FOWLER
Senior Aviation Counsel
ROBERT J. GROSS
Senior Trial Counsel
ASHLEY DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, D.C.  20044-4271
(202) 616-4025 (DDF)
(202) 616-4038 (RJG)
(202) 616-4024 (AED)
Debra.Fowler@usdoj.gov
Robert.Gross@usdoj.gov
Ashley.Dempsey@usdoj.gov
*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TARRA TIDWELL as Special Administrator of the Estate of ZACHARY RAINEY, deceased, ANSON RAINEY, by and through his mother TARRA TIDWELL, AUXLEY RAINEY, by and through his mother TARRA TIDWELL, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, | 2:24-cv-01490-JAD-EJY <br><br> **ORDER GRANTING MOTION TO ADMIT GOVERNMENT ATTORNEY** <br><br> **[ECF No. 21]** |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Ashley Dempsey to the Bar of this Court for

the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as an attorney. It is anticipated that Ms. Dempsey will enter an appearance in this action, and all related actions, on behalf of Defendant United States.

Ms. Dempsey has been a licensed attorney since November 1998 and is a member in good standing of the California Bar (#198791). Ms. Dempsey has been employed as an attorney with the United States Department of Justice, Aviation, Space & Admiralty Litigation, Torts Branch, Civil Division since July 2003 in Washington, D.C.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Ashley Dempsey to practice before this Court during the period of her employment by the United States as an attorney.

DATED: January 3, 2025

Respectfully submitted

JASON M. FRIERSON
United States Attorney

/s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that **Ashley Dempsey is permitted to practice before this Court during the period of her employment by the United States as an attorney.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 14, 2025