RAHUL RAVIPUDI, ESQ.
Nevada Bar No. 14750
rrahul@panish.law
IAN SAMSON, ESQ.
Nevada Bar No. 15089
isamson@panish.law
HUNTER NORTON, ESQ.
Nevada Bar No. 16292
hnorton@panish.law
**PANISH | SHEA  RAVIPUDI LLP**
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TARRA TIDWELL as Special Administrator of the Estate of ZACHARY RAINEY, deceased, A.P.R., by and through his mother TARRA TIDWELL, and A.B.R., by and through his mother TARRA TIDWELL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES; and DOES 1-50, <br><br> Defendant. | Case No. 2:24-cv-01490-JAD-EJY <br><br> *Consolidated for discovery with related cases* <br><br> Case No. 2:24-cv-01490-JAD-EJY (Anderson) <br> Case No. 2:24-cv-01737-JAD-EJY (Tidwell) <br> Case No. 2:24-cv-01896-JAD-EJY (Dale <br><br> **STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINES** <br> **(Second Request)** |

Pursuant to Local Rules LR 26-3 and LR IA 6-1, Plaintiffs Rebecca Chiaramonti, Individually and as Special Administrator of the Estate of Anthony L. Chiaramonti, deceased, Lewis Chiaramonti, and Adele Chiaramonti; Plaintiffs Tarra Tidwell as Special Administrator of the Estate of Zachary Rainey, deceased, A.P.R., by and through his mother Tarra Tidwell, and A.B.R., by and through his mother Tarra Tidwell; Plaintiff Cathy Zee Anderson, as personal representative of the Estate of Donald

S. Goldberg; Plaintiff, Scott Dale, Individually and as Executor of the Estate of Carol Ann Scanlon, deceased, and Defendant United States, stipulate and respectfully request the Court enter an Order extending the dates set forth in the stipulated discovery plan in this case filed by the parties and so ordered by the Court on November 7, 2024, in *Chiaramonti et al. v. USA*, 2:24-cv-01484-JAD-EJY, and subsequently adopted in the related cases, *Tidwell v. USA*, Case No. 2:24-cv-01737-JAD-EJY, *Anderson v. USA*, Case No. 2:24-cv-01490-JAD-EJY, and *Dale v. USA*, Case No. 2:24-cv-01896-JAD-EJY.

In support of these requests, the parties submit:

1. This matter involves four separate wrongful death cases arising from the July 17, 2022, midair collision of two aircraft on approach to North Las Vegas Airport. As all four cases make similar allegations of negligence by FAA air traffic controllers, this Court has consolidated the four cases for the purposes of discovery on the same schedule.

2. To date, the Parties have completed the depositions of the controllers who were on duty at the time of the Crash, as well as the North Las Vegas Airport Air Traffic Manager. The Parties have also set dates for the depositions of Plaintiffs in the *Tidwell*, *Anderson* and *Dale* cases.

3. Plaintiffs in the *Chiaramonti* case have reached a settlement in principle with the United States to resolve their claims, but before that settlement agreement can be official, it must go through the review and approval process at the Department of Justice. That process is expected to take until approximately October 15, 2025. However, until that time, neither the United States nor the *Chiaramonti* Plaintiffs will know whether the settlement will become final.

4. In light of the consolidated discovery in these cases, the United States will be arranging a single date for all plaintiffs to depose Jasmine Greenroyd, the FAA air traffic control supervisor who conducted performance reviews of the controllers on duty at the time of the crash, and possibly another person whom the government will designate after receiving a planned notice of deposition pursuant to

Fed. R. Civ. P. 30(b)(6) regarding the Event Review Team Report following the Crash. These witnesses have knowledge of key events relating to each Plaintiff's liability case against the government.

5.  Given the number of parties, each with their own attorneys located across the country and one of which is the Federal Government, it has been complicated finding dates that will allow the parties to most efficiently conduct the depositions. The Parties are actively working together to agree on the topics of the 30(b)(6) deposition and find mutually agreeable dates for these depositions in October.

6.  Unfortunately, the current deadlines for initial expert disclosures is set for September 30, 2025, and, as a result, all parties require extension of the current scheduling deadlines in the consolidated cases to accommodate both the approval process of the settlement in the *Chiaramonti* case and the deposition of additional FAA witnesses.

7.  As a result, the parties seek the following extension of approximately 60 days of all deadlines set forth in the stipulated discovery plan and scheduling order so ordered by the Court (ECF No. 17), as follows:

**STIPULATED EXTENSION OF SCHEDULING DATES**

1.  **Discovery cut off**: All discovery must be completed no later than **February 27, 2026** (previously December 29, 2025).

2.  **Expert Disclosures**: Initial expert disclosures must be made no later than **November 25, 2025** (previously September 30, 2025). Rebuttal expert disclosures must be made no later than **December 23, 2025** (previously October 31, 2025).

3.  **Dispositive Motion**s: The last day for filing dispositive motions is **March 13, 2026** (previously January 29, 2026).

4.  **Joint Pretrial Order**: The proposed joint pretrial order deadline is **April 15, 2026** (previously February 27, 2026). If dispositive motions are pending on **April 15, 2026**, this date is

automatically vacated and advanced to 30 days after the Court issues a decision on the pending dispositive motion or motions.

DATED: September 8, 2025          SO STIPULATED:

                                       KREINDLER & KREINDER LLP

                                       By: */s/ Evan Katin-Borland*
                                       DANIEL O. ROSE, pro hac vice
                                       BRIAN J. ALEXANDER, pro hac vice
                                       EVAN KATIN-BORLAND
                                       485 Lexington Ave., 28th Floor
                                       New York, NY 10017
                                       (212) 687-8181
                                       drose@kreindler.com
                                       balexander@kreindler.com
                                       ekatinborland@kreindler.com
                                       *Attorneys for Chiaramonti Plaintiffs*

                                       LAW OFFICES OF BRADLEY L. BOOKE

                                       By: */s/ Bradley L. Booke*
                                       BRADLEY L. BOOKE, Bar No. 2662
                                       10161 Park Run Drive #150
                                       Las Vegas, NV 89145
                                       (702) 241-1631
                                       (866) 297-4863 Fax
                                       Brad.booke@lawbooke.com
                                       *Attorneys for Chiaramonti Plaintiffs*


                                       UNITED STATES DEPARTMENT OF JUSTICE


                                       By: */s/ Robert J. Gross*
                                       DEBRA D. FOWLER
                                       Senior Aviation Counsel
                                       ROBERT J. GROSS
                                       Senior Trial Counsel
                                       ASHLEY E. DEMPSEY, Cal Bar No. 198791
                                       Trial Attorney
                                       Aviation, Space & Admiralty Litigation
                                       Torts Branch, Civil Division
                                       U.S. Department of Justice
                                       P.O. Box 14271

Washington, DC  20044-4271
(202) 616-4025 (DDF)
(202) 616-4038 (RJG)
(202) 616-4024 (AED)
Debra.Fowler@usdoj.gov
Robert.Gross@usdoj.gov
Ashley.Dempsey@usdoj.gov
*Attorneys for Defendant United States of America*

PANISH SHEA RAVIPUDI LLP

By: */s/ Hunter Norton*
RAHUL RAVIPUDI, Bar No. 14750
IAN SAMSON, Bar No. 15089
HUNTER NORTON, Bar No. 16292
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
(310) 477-1700
(310) 477-1699 Fax
rahul@panish.law
isamson@panish.law
hnorton@panish.law
*Attorneys for Tidwell/Rainey Plaintiffs*


HENNESS & HAIGHT

By: */s/ Stephen J. Mendenhall*
MARK G. HENNESS, Bar No. 5842
STEPHEN J. MENDENHALL, Bar No. 15286
8972 Spanish Ridge Avenue
(702) 862-8200
(702) 862-8204 Fax
Las Vegas, Nevada 89148
mghesq@hennessandhaight.com
stephenm@hennessandhaight.com
*Attorneys for Dale/Scanlon Plaintiffs*


EGLET HAM HENRIOD

By:  */s/ Joel D. Henriod*
JOEL D. HENRIOD, Esq.
Nevada Bar No. 8492
ANDREW R. GUZIK, Esq.
Nevada Bar No. 12758
400 South 7th Street, Suite 400

5

Las Vegas, Nevada 89101
(702) 450-5400
(702) 450-5451 Fax
eservice@egletlaw.com
*Attorneys for Dale/Scanlon Plaintiffs*

DICKINSON WRIGHT PLLC

By:*/s/ Kerry K. Kleiman*
CYNTHIA L. ALEXANDER, Esq. Nevada Bar No. 6718
KERRY E. KLEIMAN, Esq.,
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800 Las Vegas, NV 89169
702-550-4400
844-670-6009 Fax
CAlexander@dickinsonwright.com
KKleiman@dickinsonwright.com *Attorneys for Anderson/Goldberg Plaintiff*

MCCULLOCH AVIATION

By: */s/ Timothy I. McCulloch* TIMOTHY I. MCCULLOCH
(*pro hac vice* forthcoming)
Arizona Bar No. 23732
21001 N. Tatum Blvd., Suite 1630-936 Phoenix, Arizona 85050
tim@mccullochaviation.com
*Attorneys for Anderson/Goldberg Plaintiff*

**IT IS SO ORDERED**

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Dated:  September 9, 2025

6