RAHUL RAVIPUDI, ESQ.
Nevada Bar No. 14750
rrahul@panish.law
IAN SAMSON, ESQ.
Nevada Bar No. 15089
isamson@panish.law
HUNTER NORTON, ESQ.
Nevada Bar No. 16292
hnorton@panish.law
**PANISH | SHEA | RAVIPUDI LLP**
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TARRA TIDWELL as Special Administrator of the Estate of ZACHARY RAINEY, deceased, A.P.R., by and through his mother TARRA TIDWELL, and A.B.R., by and through his mother TARRA TIDWELL,

Plaintiffs,

v.

UNITED STATES; and DOES 1-50,

Defendant.

Case No. 2:24-cv-01490-JAD-EJY

*Consolidated for discovery with related cases*

Case No.: 2:24-cv-01896-JAD-EJY (Dale)
Case No. 2:24-cv-01490-JAD-EJY (Anderson)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

ECF No. 38

///

///

///

///

///

///

///

///

///

PANISH | SHEA | RAVIPUDI LLP

PANISH | SHEA | RAVIPUDI LLP

Plaintiffs Tarra Tidwell, as Special Administrator of the Estate of Zachary Rainey, deceased, A.P.R., by and through his mother Tarra Tidwell, and A.B.R., by and through his mother Tarra Tidwell (collectively, "Tidwell Plaintiffs"), by and through their counsel of record, PANISH | SHEA | RAVIPUDI LLP, and Defendant the United States of America by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the Tidwell Plaintiffs' complaint in this matter and all the claims therein, are hereby voluntarily dismissed with prejudice.

Each party is to bear its own costs and attorney's fees.

DATED this 31st day of July 2026.

**PANISH | SHEA | RAVIPUDI LLP**

By: *<u>/s/ Hunter Norton, Esq.</u>*
RAHUL RAVIPUDI, ESQ.
IAN SAMSON, ESQ.
HUNTER NORTON, ESQ.
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
*Attorneys for Plaintiffs*

**<u>ORDER</u>**

**Based on the parties' stipulation [ECF No. 38] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
Dated: August 6, 2026

SO STIPULATED:

**UNITED STATES DEPARTMENT OF JUSTICE**

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SIGAL CHATTAH
First Assistant United States Attorney

By: *<u>/s/ Robert J. Gross, Esq.</u>*
ROBERT J. GROSS
Senior Aviation Counsel
DEBRA D. FOWLER
Senior Aviation Counsel
ASHLEY E. DEMPSEY
Senior Trial Counsel
WILLIAM D. JANICKI
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
(202) 616-4025 (DDF)
(202) 616-4038 (RJG)
(202) 616-4024 (AED)
Debra.Fowler@usdoj.gov
Robert.Gross@usdoj.gov
Ashley.Dempsey@usdoj.gov
Willian.D.Janicki@usdoj.gov
*Attorneys for Defendant United States of America*